Argued and submitted September 4, affirmed October 23, 2002

## OUTDOOR MEDIA DIMENSIONS, INC.,
*Petitioner,*

*v.*

## DRIVER AND MOTOR VEHICLE SERVICES BRANCH (DMV),
*Respondent.*

66981, 68677, 70642, 74573, 74889; A106450

56 P3d 935

Alan R. Herson argued the cause and filed the brief for petitioner.

Janet A. Metcalf, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

Affirmed. *Outdoor Media Dimensions v. DMV (A100658),* 184 Or App 495, 56 P3d 935 (2002).